UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JARROD PADDOCK, CARL GUST,
REINALDO OFARRILL, and
CHRISTOPHER SHREEVES, ,

                Plaintiffs,

v.

DURGA MANAGEMENT LLC,
  d/b/a Quality Suites,
  d/b/a Rodeway Inn and Suites,
SIDHIVINAYAK, LLC,
  MAGAN PATEL, and HETAL PATEL,

                Defendants.

Case No. 14-CV-15-JPS

ORDER

---

Having considered Plaintiffs' Civil L.R. 7(h) Expedited Non-Dispositive Motion to Compel Responses to Plaintiff's First Set of Written Discovery (Docket #19), and for good cause shown:

IT IS HEREBY ORDERED that Defendants Durga Management LLC, d/b/a Rodeway Inn and Suites and Quality Suites, Sidhivinayak, LLC, Hetal Patel and Magan Patel, respond to Plaintiffs' First Set of Interrogatories and Request for Production of Documents within ten (10) days of the date of this Order.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2014.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge